■ PIONEER WAREHOUSING AND DISTRIBUTION, LLC, Respondent, v RITE AID OF NEW YORK, INC., Appellant. [979 NYS2d 904]— Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered October 29, 2012. The order and judgment, among other things, granted plaintiff's motion for summary judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ ROBERT F. OLCZAK et al., Respondents, v NIACET CORPORATION, Appellant. [984 NYS2d 281]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered December 5, 2012 in a personal injury action. The order granted the motion of plaintiffs for partial summary judgment on liability pursuant to Labor Law § 240 (1).

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.